1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for the Defendant
        United States of America
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   ARGO CHEMICAL, INC.,          )    1:06-CV-1085 OWW SMS
10                               )
                Plaintiff,        )
11                               )    STIPULATION OF DISMISSAL; ORDER
        v.                        )    THEREON
12                               )
   BILL CLOUD,                    )
13                               )
                Defendant.        )
14                               )
   _____ )
15
            It is hereby stipulated by and between the undersigned
16
   plaintiff and the UNITED STATES OF AMERICA, by and through their
17
   respective attorneys that the above-captioned action be and
18
   hereby is DISMISSED with prejudice pursuant to FRCP 41(a)(1).
19

20
   **FOR PLAINTIFF ARGO CHEMICAL:**
21
   November 22, 2006              /s/ Mark T. Rodgers
22 Date                          MARK T. RODGERS
                          Title:  President, ARGO CHEMICAL
23
   **FOR DEFENDANT UNITED STATES OF AMERICA:**
24
                                  McGREGOR W. SCOTT
25                               United States Attorney

26
   November 27, 2006              /s/ Kristi C. Kapetan
27 Date                    By:  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney
28 ////

1    IT IS SO ORDERED.

2    **Dated:    December 2, 2006**                    **/s/ Oliver W. Wanger**
     emm0d6                                    UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28